**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
SHANNON MONT,

                Plaintiff,                             19 **CIVIL** 6491 (VEC)

      -against-                                 **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,
                      Defendant.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Memorandum Opinion and Order dated September 29, 2020, Plaintiff's motion for judgment on the pleadings is denied; Defendant's motion for judgment on the pleadings is granted; accordingly, this case is closed.

**Dated:** New York, New York
           September 29, 2020

                                                             **RUBY J. KRAJICK**
                                                               _____
                                                               **Clerk of Court**
                                    **BY:**
                                                     _____
                                                              **Deputy Clerk**